Case No. 21-7135

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

JOHN DOE 1, *et al.*,

*Plaintiffs-Appellants*,

v.

APPLE INC., *et al.*,

*Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA (19-CV-03737) (HON. CARL J. NICHOLS)

## NOTICE OF WITHDRAWAL OF
## ATTORNEY BETH S. BRINKMANN

Emily Johnson Henn
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
ehenn@cov.com

Beth S. Brinkmann
David M. Zionts
John A. Boeglin
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-5312
bbrinkmann@cov.com
dzionts@cov.com
jboeglin@cov.com

September 20, 2023

*Counsel for Defendant-Appellee Apple Inc.*

Counsel Beth S. Brinkmann of Covington & Burling LLP hereby requests that her appearance on behalf of Defendant-Appellee Apple Inc. be withdrawn.  Apple Inc. will continue to be represented by other counsel who previously entered their appearance in this matter, including David M. Zionts of Covington & Burling LLP.  Accordingly, Beth S. Brinkmann requests that her appearance be withdrawn and that she be removed from the Court docket, service list, and ECF notifications for this matter.

September 20, 2023

Emily Johnson Henn
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
ehenn@cov.com

Respectfully submitted,

/s/ Beth S. Brinkmann
Beth S. Brinkmann
David M. Zionts
John A. Boeglin
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-5312
bbrinkmann@cov.com
dzionts@cov.com
jboeglin@cov.com

*Counsel for Defendant-Appellee Apple Inc.*

## CERTIFICATE OF SERVICE

I, Beth S. Brinkmann, counsel for Apple Inc., hereby certify that on September 20, 2023, I caused the foregoing Notice to be filed with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

September 20, 2023                    /s/ Beth S. Brinkmann
                                     Beth S. Brinkmann